| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Anderson, Jr., Joseph F | 2. Court or Organization United States District Court - District of South Carolina | 3. Date of Report 04/07/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address 901 Richland Street Co. SC 29201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. lumbia, Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 APR 14 A 10: 55 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F | 04/07/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | University of South Carolina School of Law | $ 24,000.00 |
| 2. 2007 | South Carolina Bar Net Book Royalty (The Lost Art: An Advocate's Guide to Effective Closing Argument) | $ 408.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Bar | 01/26-01/27/07 | Charleston, SC | SC Bar Convention | Lodging |
| 2. | South Carolina Trial Lawyers Association | 8/03-8/05/07 | Hilton Head Island, SC | Trial Lawyers Convention | Lodging |
| 3. | South Carolina Bar | 9/21-9/22/07 | Kiawah Island, SC | CPA CLE | Lodging, Travel |
| 4. | National Judicial College | 10/28-10/31/07 | Reno, NV | Media Relations | Tuition |
| 5. | South Carolina Trial Lawyers Association | 11/30-12/01/07 | Atlanta, GA | Trial Lawyers CLE | Lodging, Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F | 04/07/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F | 04/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MFS Municipal Income Trust | A | Dividend | J | T | | | | | |
| 2. Mutual Fund - Morgan Stanley | A | Dividend | J | T | | | | | |
| 3. Mutual Fund - Morgan Stanley | A | Dividend | J | T | | | | | |
| 4. Mutual Fund - Vanguard | A | Dividend | K | T | | | | | |
| 5. Checking Account | A | Interest | J | T | | | | | |
| 6. US Savings Bonds (Series I) | B | Interest | K | T | | | | | |
| 7. Mutual Fund - Vanguard Long Term Treasury Fund | A | Dividend | J | T | | | | | |
| 8. Mutual Fund - Vanguard Precious Metals & Mining | A | Dividend | K | T | | | | | |
| 9. Stock - Gilead Sciences, Inc. | A | Dividend | J | T | | | | | |
| 10. Cash Reserves - Bank of America | C | Interest | L | T | | | | | |
| 11. Mutual Fund - Vanguard Wellington Fund | C | Dividend | K | T | Buy | 1/30 | K | | |
| 12. Stock - Johnson & Johnson | A | Dividend | J | T | Buy | 10/20 | J | | |
| 13. Certificate of Deposit - Branch Bank & Trust | A | Interest | J | T | Opened | 1/30 | J | | |
| 14. Certificate of Deposit - Branch Bank & Trust | A | Interest | J | T | Opened | 4/30 | J | | |
| 15. Certificate of Deposit - Branch Bank & Trust | B | Interest | K | T | Opened | 4/30 | K | | |
| 16. Installment Sale Payment (see explanation on p. 6) | B | Interest | J | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F | 04/07/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Described in Prospectus as a "closed-end, non-diversified investment company that seeks to provide current income exempt from federal income taxes." The Trustee is Massachusetts Financial Company.

2. Pacific Growth Fund; Jersey City, NJ

3. Dividend Growth Securities; Jersey City, NJ

4. Vanguard Index Trust Fund; Philadelphia, PA

5. Branch Bank & Trust Company; Columbia, SC

6. Branch Bank & Trust Company; Columbia, SC

7. Vanguard Long Term Treasury Fund, Philadelphia, PA

8. Vanguard Precious Metals & Mining Fund, Philadelphia, PA

9.

10. Bank of America, Columbia, SC

11. Vanguard Wellington Fund, Philadelphia, PA

12.

13. Branch Bank & Trust, Columbia, SC

14. Branch Bank & Trust, Columbia, SC

15. Branch Bank & Trust, Columbia, SC

16. Explanation of Item 16: Prior to her death, ▬▬▬▬▬ sold an office building to James F. Martin, financing the purchase with him. She received monthly payments of $551.64, some of which was principal and some of which was interest. The payments run through May 2009. ▬▬▬▬ died and while her estatate was being administered, these payments were made to her estate. In 2007, her estate was closed out and ▬▬▬▬▬▬▬ and I began receiving the payments, dividing them equally. For 2007, I received a total of $1,654.92, of which $1,577.80 was principal and $77.12 was interest.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544